UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>               Plaintiff,<br><br>   v.<br><br>BRIAN WALTON, SHEILA WILSON, JUDITH RAMSEYER, KELLY TAYLOR, BRITTANY RAMOS, SYLVIA HOWARD,<br><br>               Defendants. | CASE NO. 2:22-cv-00018-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff and to the Honorable District Court Judge Marsha J. Pechman.

DATED this 10th day of January, 2022.

                                                     BRIAN A. TSUCHIDA
                                                     United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1