UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS, | CASE NO. C22-18 MJP |
| Plaintiff, | ORDER ON MOTION |
| v. | |
| BRIAN WALTON, SHEILA WILSON, JUDITH RAMSEYER. KELLY TAYLOR, BRITTANY RAMOS, and SYLVIA HOWARD, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Motion for additional time to complete service. (Dkt. No. 11.) A review of the docket indicates that all of the named defendants have waived service. (Dkt. Nos. 13-17.) Because defendants have waived service, service is completed and Plaintiff no longer needs any additional time to complete it. The Court therefore DENIES the Motion as MOOT.

\\

\\

1       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

2       Dated March 1, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge