The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>               Plaintiff,<br><br>v.<br><br>BRIAN WALTON; SHEILA WILSON; JUDITH RAMSEYER; KELLY TAYLOR; BRITTANY RAMOS; SYLVIA HOWARD,<br><br>               Defendants. | NO. 2:22-cv-00018-MJP<br><br>DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS BRIAN WALTON, KELLY TAYLOR, BRITTANY RAMOS, AND SYLVIA HOWARD'S MOTION TO DISMISS |

Brendan Lenihan hereby declares as follows:

1. I am over the age of 18 and am competent to testify about the matters stated herein. I am an Assistant Attorney General, and I represent Defendants Brian WALTON, Kelly TAYLOR, Brittany RAMOS, and Sylvia HOWARD in this case. As such, I am familiar with the contents of the case file in the matter. I make this declaration based on my personal knowledge and the records in this case.

2. ***Exhibit 1*** of this declaration is a true and correct copy of Kelsey Owens' Amended Dependency Petition, dated March 16, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS BRIAN WALTON, KELLY TAYLOR, BRITTANY RAMOS AND SYLVIA HOWARD MOTION TO DISMISS

Cause No. 2:22-cv-00018-MJP

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

3. **Exhibit 2** of this declaration is a true and correct copy of the Order to Take Child Into Custody and Place in Shelter Care, dated March 16, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

4. **Exhibit 3** of this declaration is a true and correct copy of the Shelter Care Hearing Order, dated March 17, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

5. **Exhibit 4** of this declaration is a true and correct copy of the Order Continuing Fact-Finding/Trial, dated July 6, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

6. **Exhibit 5** of this declaration is a true and correct copy of the Pretrial Conference Order, dated August 24, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 KNT.

7. **Exhibit 6** of this declaration is a true and correct copy of the Order of Dependency as to mother, Myriam Zayas, dated October 8, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 SEA.

8. **Exhibit 7** of this declaration is a true and correct copy of the Order of Dismissal filed in U.S. District Court for the Western District of Washington, 2:20-cv-00747-JCC, Dkt # 64.

9. **Exhibit 8** of this declaration is a true and correct copy of the Order After Hearing, dated November 8, 2021, and filed in King County Superior Court Juvenile Division, cause number 20-7-00666-0 SEA.

10. **Exhibit 9** of this declaration is a true and correct copy of the Order Continuing Hearing, dated March 11, 2022, and filed in King County Superior Court Juvenile Division, cause number 21-7-00531-9 KNT.

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS BRIAN WALTON, KELLY TAYLOR, BRITTANY RAMOS AND SYLVIA HOWARD MOTION TO DISMISS

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Cause No. 2:22-cv-00018-MJP

I declare under penalty of perjury of law under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED in Olympia, Washington on this 15th day of March 2022.

*/s/ Brendan Lenihan*
BRENDAN LENIHAN, WSBA No. 56066
Assistant Attorney General

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS BRIAN WALTON, KELLY TAYLOR, BRITTANY RAMOS AND SYLVIA HOWARD MOTION TO DISMISS

Cause No. 2:22-cv-00018-MJP

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

<u>Electronic Service to:</u>
MYRIAM ZAYAS
Email: Amiya.angel@gmail.com

/s/ *Brendan M. Lenihan*
BRENDAN M. LENIHAN, WSB No. 56066
Assistant Attorney General

DECLARATION OF BRENDAN LENIHAN IN SUPPORT OF DEFENDANTS BRIAN WALTON, KELLY TAYLOR, BRITTANY RAMOS AND SYLVIA HOWARD MOTION TO DISMISS

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

Cause No. 2:22-cv-00018-MJP