Exhibit 2



RECEIVED
KING COUNTY, WASHINGTON
MAR 16 2020
KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

☐ King West  ☐ OICW
☐ White Center  ☐ MLK
☐ King East  ☒ King South

| Superior Court of Washington<br>County of King, Juvenile Court | |
|---|---|
| Dependency of: ACZ | No: 20-7-00666-0 KNT |
| DOB: ACZ | Order to Take Child Into Custody and Place in Shelter Care (ORTCC) |

## I. Basis

The court has considered a motion, statement and declaration requesting an order to take the above-named child into custody.

## II. Findings

2.1  A petition has been filed with the court alleging that the child is dependent pursuant to RCW 13.34.030.

2.2  It is currently contrary to the child's welfare for the child to remain at home. The petition and/or supporting declarations and affidavits establish reasonable grounds to believe that the child is dependent and that, if the child is not taken into custody, the child's health, safety, and welfare will be seriously endangered.

2.3  The petitioner has demonstrated that there is a risk of imminent harm to the child in the child's home. The assessment of risk by petitioner constitutes reasonable efforts to prevent or eliminate the need for removal of the child from the child's home and:

☐ because of the risk of imminent harm to the child, there are no reasonably available services that can be provided to the parent(s) to maintain the child in the child's home at this time;

☒ services previously offered or provided to the parent(s) have not remedied the unsafe conditions in the home;

☐ petitioner is currently unaware of any parent, guardian, or legal custodian known who is available to take custody of the child; and/or

☐ Other:

Order Taking Child into Custody / Place in Shelter Care (ORTCC) – King County
WPF JU 02.0110 ----- JuCR 2.1, 2.2; RCW 13.34.030, .050, .060

Page 1 of 2
Feb 2010

002-00000001

## III. Order

3.1   A law enforcement officer, probation counselor, or child protective services worker shall take the above named minor child into custody and place the child in a facility licensed pursuant to RCW 74.15.030, or in a home not required to be licensed pursuant to that section, under the supervision of (name of DSHS or Supervising Agency):

3.2   The supervising agency may authorize evaluations of the child's physical or emotional condition, routine medical and dental examination and care, and all necessary emergency care.

3.3   The child shall remain in shelter care for not more than 72 hours from the time the child is taken into custody, excluding Saturdays, Sundays, and holidays, unless the court enters an order authorizing continued shelter.

MAR 1 6 2020
_____          _____
Dated                                Judge / ~~Commissioner~~

Presented by:

_____
Signature

_____
Quyet Le, MSW
Print Name & Title

Order Taking Child into Custody / Place in Shelter Care (ORTCC) – King County
WPF JU 02.0110 ---- JuCR 2.1, 2.2; RCW 13.34.030, .050, .060

Page 2 of 2
Feb 2010

002-00000002