Exhibit 4

☒ King South East

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY
JUVENILE DIVISION

| In re the Dependency of: | No: 20-7-00666-0 KNT |
|---|---|
| ACZ<br>dob: ACZ<br><br>minor child | **Order Continuing Fact-Finding/Trial**<br>☒ Dependency  ☐ Termination<br>• Good cause found<br>Clerk's Action Required.  **(ORCTD)** |

This matter came before the court for consideration of an oral motion for continuance of PTC and FF dates made by CASA, on the basis that:

> Mother is representing herself *pro se*, at her request granted at a prior hearing, and publication to unknown father is pending. On 5/18/20 the PTC and FF dates were continued for assignment of CASA for trial, however a CASA has not yet been assigned and a CASA is necessary for trial. CASA indicates that a CASA will need 8 weeks to be prepared to proceed to trial. I

WHEREFORE IT IS ORDERED that

☒ The court hereby continues the Fact Finding/Trial from 7/06/20 to: ___**8/24/20**___ at 1:30 pm

  ☒ This continuance will exceed the Fact Finding by 75 Days timeliness measure. Good cause is found to continue past 75 days (good cause previously found 5/18/20).

☒ A pre-trial hearing is necessary and is continued from 7/06/20 to: ___**8/24/20**___ @ 1:30 pm

*** If no CASA has been assigned to the case at the next hearing the court should make a good cause finding that the case should proceed without a CASA to avoid further delays.
*** The mother filed a motion to dismiss which should be heard at the next hearing date.

Dated: __7/06/20__

_____
Commissioner Pro Tem Kessler

Submitted electronically by:
 David La Raus, #33715  AAG for DCYF
Approved as to form for entry:
 Mother, Miriam Zayas
 Kathleen Martin, CASA program counsel (No NOA yet filed, but heard by the court at the hearing)