Exhibit 9

☐King East ☐King West ☐MLK
☐OICW ☐White Center
☐King South East ☒King South West
☐Private

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON FOR KING COUNTY
JUVENILE DIVISION

| In re the Dependency of:<br>☒ Termination<br>☐ Guardianship of:<br><br>ACZ ▇▇▇▇▇▇▇▇▇▇▇▇<br>DOB: ACZ ▇▇▇▇▇▇▇▇<br><br><center>Minor child</center> | **No**:       21-7-00531-9 KNT<br><br>**Order Continuing Hearing**<br>*Check all that apply:*<br>☒ Pretrial Conference        (ORCNT)<br>☒ Fact Finding Trial Date    (ORCTD)<br>☐ Status Conference          (ORCNT)<br><br>**Clerk's Action Required.** |
| --- | --- |

This matter came before the court for consideration of a Motion for Continuance of the

☒ **Pretrial Conference Hearing**

brought by the:        ☒ Department/AAG      ☒ CASA

On the basis that: <u>CASA was assigned this week and needs time to prepare for trial.  Mother appeared</u>
*pro se.*<u>and agreed to the continuance.  Father's rights have been terminated.</u>

<center>**ORDER**</center>

☒ The **Pretrial Conference Hearing** is continued from 3/11/22  to **3/25/22** at:

Seattle Pretrial Calendar    Friday @ 8:30 am      CFJC, Courtroom 4D, 1211 E. Alder St., Seattle
<u>https://kingcounty.zoom.us/j/5070580954</u> [253-215-8782 / Meeting ID 507 058 0954]

*Appearances may occur via Zoom rather than in person.  Non-professional parties have the option to appear through the Zoom link or call into Zoom via the phone number and meeting ID.*

☒ The Fact-Finding Trial date is continued from 3/28/22 to **4/18/22** at 9:00 am, or as subsequently set by the trial assignment process.

It shall be the responsibility of counsel to provide their clients with new dates.

Dated:  <u>3/11/22</u>

_____
**Judge Marshall Ferguson**

**Order Continuing Hearing (PTC Calendar) -** Page 1 of 2                    Revised 10/12/21

Presented by:

 _/s/ David La Raus_
David La Raus
Attorney for the Department
WSBA # 33715

Agreed - approved for entry on the record:

Jennie Cowan – Counsel for CASA
Mother M. Zayas (*pro se)*

# King County Superior Court
## Judicial Electronic Signature Page

Case Number:    21-7-00531-9

Case Title:    ACZ

Document Title:    ORDER OF CONTINUANCE

Signed By:    Marshall Ferguson

Date:    March 11, 2022

_MLII Fr_

_____

Judge:  Marshall Ferguson

This document is signed in accordance with the provisions in GR 30.

Certificate Hash:    B88EACA7786863768FCA129AD82B6B4E0EBDF7D5

Certificate effective date:  7/19/2018 4:06:53 PM

Certificate expiry date:    7/19/2023 4:06:53 PM

Certificate Issued by:    C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Marshall Ferguson: /p2rEAvS5hG0hN/2AFk6yQ=="