The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN WALTON (individual capacity),<br>SHEILA WILSON (individual capacity),<br>JUDITH RAMSEYER (individual capacity),<br>KELLY TAYLOR (individual capacity),<br>BRITTANY RAMOS (individual capacity),<br>SYLVIA HOWARD (individual capacity),<br><br>        Defendants. | No. 2:22-cv-00018-MJP<br><br>DECLARATION OF T. SHANE HARRISON IN SUPPORT OF DEFENDANT JUDITH RAMSEYER'S MOTION TO DISMISS<br><br>*Noted on Motion Calendar for*:<br>**Friday, April 15, 2022**<br>*Without Oral Argument* |

I, T. Shane Harrison, declare as follows:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am a Senior Deputy Prosecuting Attorney with the King County Prosecuting Attorney's Office, Civil Division, representing Honorable Judge Judith Ramseyer in this matter.

DECLARATION OF T. SHANE HARRISON IN SUPPORT OF DEFENDANT JUDITH RAMSEYER'S MOTION TO DISMISS (2:22-cv-00018-MJP) - 1

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Contracts Section
1191 2nd Ave, Ste 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-0191

3. Attached as **Exhibit 1** to this declaration is a true and correct copy of the Order of Dependency as to mother, Myriam Zayas, dated October 8, 2020, and filed in King County Superior Court Juvenile Division, cause number 20-7-00066-0 SEA.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

DATED this 21st day of March, 2022.

DANIEL T. SATTERBERG
King County Prosecuting Attorney

By: *s/ T. Shane Harrison*
T. SHANE HARRISON, WSBA #51006
Senior Deputy Prosecuting Attorney
Attorney for Defendant Judith Ramseyer
King County Prosecuting Attorney's Office
1191 Second Avenue, Suite 1700
Seattle, WA 98101
Phone: (206) 477-1120 / Fax: (206) 296-8819
Email: t.shane.harrison@kingcounty.gov

DECLARATION OF T. SHANE HARRISON IN SUPPORT OF DEFENDANT JUDITH RAMSEYER'S MOTION TO DISMISS (2:22-cv-00018-MJP) - 2

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Contracts Section
1191 2nd Ave, Ste 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-0191

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system and sent the same to the following:

*Via U.S. Mail and Email:*

Myriam Zayas
27369 – 129th Place SE
Kent, WA 98030
Amiya.angel@gmail.com

Pro Se Plaintiff

*Via ECF E-Service:*

Brendan M. Lenihan, WSBA #56066
Ferdinand J. Jugo Oritz, WSBA #56806
Assistant Attorneys General
Attorney General of Washington
Torts Division
7141 Cleanwater Drive SW
P.O. Box 40126
Olympia, WA 98504-0126
Brendan.Lenihan@atg.wa.gov
Ferdinand.LugoOrtiz@atg.wa.gov

Attorneys for Defendants Walton, Wilson, Taylor, Ramos and Howard

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 21st day of March, 2022.

By: _____
ERICA BRUNETTE
Paralegal, Civil Division
King County Prosecuting Attorney's Office
Email: ebrunette@kingcounty.gov

DECLARATION OF T. SHANE HARRISON IN SUPPORT OF DEFENDANT JUDITH RAMSEYER'S MOTION TO DISMISS (2:22-cv-00018-MJP) - 3

**Daniel T. Satterberg**, Prosecuting Attorney
CIVIL DIVISION, Contracts Section
1191 2nd Ave, Ste 1700
Seattle, Washington 98101
(206) 477-1120  Fax (206) 296-0191