FILED LODGED RECEIVED MAIL

APR 11 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

MYRIAM ZAYAS,

PLAINTIFF,

v.

BRIAN WALTON ET AL,

DEFENDANT(S).

CASE NO.: 22-CV-00018 MJP

**REPLY TO DEFENDANTS REPLY TO PLAINTIFFS REPLY**

The plaintiff should have a cause of action against the defendants for wasting her and her families time during the 6th mass extinction. What the government should be worried about instead of stealing white infants to sell for adoption assistance is the extinction of bugs. Invest in some real gas masks because when bugs go extinct humans are not expected to survive more than 2 months. These are facts, global warming is happening these are scientific facts, unlike the defendants basing 100% of their unlawful removals of infants on *"what if this happens in the future"* analogies. Climate change is real and it's a fact. The defendants likely have NEVER taken a child for actual child abuse in their entire career.

Fundamental Rights do not hang by a tenuous thread of a layman's knowledge of the niceties of law. It is sufficient if it appears that he is attempting to assert his constitutional privilege. The plea, rather than the form in which it is asserted. <u>U.S. v St. Pierre, Supra, 128 F 2d</u>. The law will protect an individual who, in the prosecution of a right does everything, which the law requires him to do, but fail to obtain his right by the misconduct or neglect of a public officer. <u>Lyle v Arkansas, 9 Howe, 314, 13 L. Ed. 153</u>.

<u>Plaintiff cannot be bound by contract that she has not made or authorized. Free consent is an indispensable element in making valid contracts. Montgomery v State 55 Fla. 97-45S0.879</u>

The Department of Children Youth and Families is a cesspool of discrimination they knowingly, intentionally and maliciously target white women for reasons of adoption and use African American and African state officials to do it CPS needs to be abolished. Not white people or white men, white women because only women can get pregnant, and their goal is white newborns. They are hiring for manager positions from Africa right now, so is the Department of Corrections and the New York Police Department, and well over 30 clinics and hospitals in the US that care specifically for "children":

---

https://indafrica.com › dcyf-human-resources-phone-nu...

**dcyf human resources phone number - IndAfrica**

Feb 21, 2022 — Find the latest and most accurate information on Vancouver **DCYF** Office. **Marcos Rodriguez** comes to us from the Department of Corrections and ...

---

https://dranabtawi.com › vdpkp › dcyf-human-resource...

**dcyf human resources phone number**

1  Marcos Rodriguez is the Director of Human Resources at DCYF, he makes $132,000
2  per year to hire immigrants to come to the US and work for the US government.

3  The state official that delivered plaintiffs removal order on 03/16/2020 was African and
4  likely not a US citizen. Plaintiff cannot believe she is right they are racist. Finding this
5  has caused even more emotional distress beyond reasonable explanation, plaintiff
6  has spent more than 15 years trying to be perfect when it was her skin color and
7  stupidity the entire time, she could never change that. Stupid people better be a
8  protected class.

9  Individuals aren't immune for the results of their official conduct simply because they
10 were enforcing policies or orders. Where a statute authorizes official conduct, which
11 is patently violation of fundamental constitutional principles, an officer who enforces
12 that statute is not entitled to qualified immunity. _Grossman v. City of Portland, (9th
13 Cir. (1994)._ Qualified immunity shields a government official from liability for civil
14 damages if (1) the law governing the official's conduct was clearly established; and
15 (2) under that law, the official objectively could have believed that her conduct was
16 lawful. _Mabe v. San Bernardino County, 237 F.3d 1101, 1106 9th Cir. 2001_

17 The law was clearly established at the time of the official defendants conduct:

18   1. Felony Forgery RCW 9A.60.020(1)(b)
19   2. Intimidating a witness. RCW 9A.72.110(1)(d)
20   3. Perjury in the first-degree RCW 9A.72.020(1)
21   4. Discrimination, preferential treatment prohibited. RCW 49.60.400(1)
22   5. RCW 13.34.110(3)(a)

23 The qualified immunity RCW 9.46.212 says "person" and not fetus. Defendant's
24 immunity would have to be changed to include fetus or they lack jurisdiction over the
25 fetus. Each of Defendants immunity only covers the "child" or the "person."
26 Defendants at all times relevant acted with gross negligence and bad faith.

27 When a judge knows that she lacks jurisdiction or acts in the face of clearly valid
28 statutes expressly depriving her of jurisdiction, judicial immunity is lost. _Rankin v._

*Howard 1980 633 F.2d 844, cert den. Zeller v. Rankin, 101 S. Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.* A judge must be acting within her jurisdiction as to subject matter and person, to be entitled to immunity from civil action for her acts. *Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 1938.* The 11th amendment was not intended to afford [defendants] freedom from liability in any case where, under the color of their office they have injured one of the state's citizens to grant them such immunity would be to create privileged class free from liability from wrongs inflicted or injuries threatened public agents must be liable to the law unless they are to be put above the law. *Old Colony Trust Company vs City of Seattle et al. 06/01/06 271 U.S. 426, 46 S Ct. 552, 70 L. Ed at page 431 164.* The US Supreme Court stated that when a state officer acts under a state law in a manner violative of the federal constitution, he/she comes into conflict with the superior authority of that Constitution, and s/he is in that case stripped of her/his official or representative character and is subjected in her/his person to the consequences of her/his individual conduct. The state has no power to impart to her/him any immunity from the responsibility to the supreme authority of the United States. *Scheuer v. Rhodes, 416 U.S. 232, 94 S. Ct. 1683, 1687 1974.* State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights. *Gross v. State of Illinois, 312 F 2d 257; (1963).* The Constitution also protects "the individual interest in avoiding disclosure of personal matters." Federal Courts (and State Courts), under Griswold can protect, under the "life, liberty and pursuit of happiness" phrase of the Declaration of Independence, the right of a man to enjoy the mutual care, company, love and affection of his children, and this cannot be taken away from him without due process of law. There is a family right to privacy which the state cannot invade or it becomes actionable for civil rights damages. *Griswold v. Connecticut, 381 US 479, (1965).* State's power to legislate, adjudicate and administer all aspects of family law, including determinations of custodial; and visitation rights, is subject to scrutiny by federal judiciary within reach of due process and/or equal protection clauses of 14th Amendment. *In U.S. Supreme Court case Marshall v. Marshall US (No. 04-1544) 392 F. 3d 1118.*

Plaintiff has a right to redress for felonies committed, the defendants and their illegal immigrant co-workers have been harassing the plaintiff and all her children for 15 years, the plaintiff has a child young enough that they will be back and have already tried to take this 6-month-old infant. The plaintiff can not put her child in the schools closest to her home now because she has sued their favorite teacher for committing perjury at the plaintiff's dependency trial, of which defendant judge allowed, accepted and stated this teacher's perjury was the reason she would keep her child for 2 years now. A lot of people are going to get fired for these felonies and they all know the plaintiffs address she has young children, and they may retaliate as they are actively retaliating now in their official position, the plaintiff is not safe living here in this state. She will require the damages for this reason.

*My name is Myriam Zayas I am above the age of 18. I certify and declare, under penalty of perjury, that everything stated herein, is the truth to the best of my knowledge. This court is governed by the laws of the state of Washington in the United States. Today's date is April 5th, 2022.*

**Date of signing:**

/s/Myriam Zayas

**Pro Se plaintiff Signature:** *Myriam Zayas*
**Printed Name and email:** _____

04/07/2022

Myrium Tease
27969 129th Pl
Kent WA 98030

FILED
LODGED
RECEIVED

MAIL

APR 11 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

SEATTLE WA 980
8 APR 2022 PM 5

Federal District Court
700 Stewart Street
Seattle WA 98101
22-cv-00018 MJP

98101-449999

